

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00150-CR

LEONARD STANSBERRY, Appellant

V.

THE STATE OF TEXAS

§   On Appeal from the 362nd District Court

§   of Denton County (F16-216-362)

§   December 13, 2018

§   Opinion by Justice Gabriel

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel